**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**CHARLES ASHFORD** **PLAINTIFF**
**#269692**

**v.** **No. 4:26-cv-978-DPM**

**DOES, Unknown Black Male Figures, North Little Rock State Police Department** **DEFENDANTS**

**ORDER**

**1.** Ashford is a three-striker. Before filing this lawsuit, he had at least three cases dismissed for failing to state a claim. *E.g., Ashford v. Whaley*, 5:09-cv-86-JLH (E.D. Ark.); *Ashford v. Washington,* 5:09-cv-224-JLH (E.D. Ark); *Ashford v. Rucker*, 5:09-cv-202-SWW (E.D. Ark.). Nothing in his new complaint, *Doc. 2*, suggests he's currently in imminent danger of serious physical injury. 28 U.S.C. § 1915(g). His complaint will therefore be dismissed without prejudice and his motion for leave to proceed *in forma pauperis, Doc. 1,* is denied as moot.

**2.** If Ashford wants to pursue this case, then he must pay $405 (the filing and administrative fees) and file a motion to reopen the case by 30 October 2026. An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

D.P. Marshall Jr.
United States District Judge

1 October 2026