**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**CHARLES ASHFORD** **PLAINTIFF**
**#269692**

**v.** **No. 4:26-cv-978-DPM**

**DOES, Unknown Black Male Figures, North Little Rock State Police Department** **DEFENDANTS**

**JUDGMENT**

Ashford's complaint is dismissed without prejudice.

D.P. Marshall Jr.
United States District Judge

1 October 2026